UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.A.,

                              Petitioner,

        -against-

KENNETH GENALO, *in his official capacity as*
Field Office Director of New York, Immigration
and Customs Enforcement; TODD M. LYONS, *in
his official capacity as* Acting Director U.S.
Immigrations and Customs Enforcement;
MARKWAYNE MULLIN, *in his official capacity
as* Secretary of Homeland Security; PAM BONDI,
*in her official capacity as* Attorney General,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2026_____

26 Civ. 2706 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

        SO ORDERED.

Dated: April 2, 2026
        New York, New York

                              _____
                              ANALISA TORRES
                              United States District Judge