**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
H.A.,

                              Petitioner,                26 **CIVIL** 2706 (AT)

        -against-                                        **JUDGMENT**

KENNETH GENALO, in his official capacity
as Field Office Director of New York,
Immigration and Customs Enforcement; TODD
M. LYONS, in his official capacity as Acting
Director U.S. Immigrations and Customs
Enforcement; MARKW A YNE MULLIN,
in his official capacity as Secretary of
Homeland Security; PAM BONDI, in her
official capacity as Attorney General,

                              Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 28, 2026, the Petition is GRANTED. The government is

ordered to immediately release H.A. from custody.

**DATED:**  New York, New York
         April 30, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**

                            **BY:**  _Nesram Dulal_____
                                            **Deputy Clerk**